CHRISTINE STOCK, Respondent, v. AUGUST KNIPPENBERG, Appellant, Impleaded with LORD & TAYLOR and ELETO COMPANY, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

ALLENE STROHMANN, Respondent, v. S. LIEBMANN'S SONS BREWING COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to $2,500; in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concurred.

VANDERVEER CROSSINGS, INC., Respondent, v. LOUIS HOCHSTEIN, Appellant, Impleaded with ABRAHAM H. FELDMAN, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

*Decision by the Presiding Justice on Application to Appeal from the Appellate Term.*

MORRIS STILLERMAN and Another, Respondents, v. JOE HANDELSMAN, Appellant.— Application denied, without costs.

---

FOURTH DEPARTMENT, OCTOBER, 1919.

EDWARD F. FANCHER, Respondent, v. LOUISE H. FARRAND, as Administratrix, etc., Appellant.

Appeal by the defendant from a judgment of the Supreme Court, entered in the Orleans county clerk's office May 6, 1918.

PER CURIAM: We think, in view of the refusal of the plaintiff's attorney to produce the figures made by the expert accountant who testified on behalf of the plaintiff, the recovery should be reduced to the amount stated by plaintiff to be due from defendant's intestate, as appears by the memorandum in plaintiff's own handwriting appearing on page 126 of the partnership ledger, plaintiff's Exhibit No. 48. Findings of fact numbered 5, 6, 7, 8 and 9 are disapproved and new findings made in accordance with this decision. All concurred. Judgment modified by reducing the amount of the recovery to the sum of $974.53 as of the date of the entry of the judgment appealed from, and as so modified affirmed, without costs upon this appeal to either party.